UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at GREENEVILLE

| | |
|---|---|
| ERIC EUGENE ROBINSON | ) |
| | ) |
| v. | ) NOS. 2:12-cv-25 and 2:12-cv-66 |
| | ) *Chief Judge Collier/Magistrate Lee* |
| JUDGE ROBERT MONTGOMERY; | ) |
| BRISTOL REGIONAL MEDICAL CENTER | ) |

## **MEMORANDUM**

This *pro se* sprisoner filed these consolidated civil rights actions under 42 U.S.C. § 1983. On May 30, 2012, the Court entered an order, notifying Plaintiff of certain deficiencies in his lawsuits and cautioning him, unless he corrected the deficiencies within thirty (30) days, the Court would assume he is not a pauper, assess the entire filing fee, and dismiss the cases, [Ct. File Nos. 7 & 5]. More than thirty days have passed since entry of the order, and Plaintiff has failed to respond or comply with the order.

Accordingly, Plaintiff is **ASSESSED** the civil filing fee of three-hundred and fifty dollars ($350.00). These actions, by separate order, will be DISMISSED WITH PREJUDICE for want of prosecution. Fed. R. Civ. P. 41(b).

**ENTER:**

/s/
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**